# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5037

September Term, 2022

1:23-cv-00109-UNA

**Filed On:** May 23, 2023

Ronald Satish Emrit,

      Appellant

    v.

British Secret Service, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's February 10, 2023 order be
affirmed.  The district court properly dismissed appellant's case as frivolous. See 28
U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325 (1989) ("[A] complaint
. . . is frivolous where it lacks an arguable basis either in law or in fact.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution
of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

          BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk